UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEATRICE BAMISHILE-RICHARDS ET AL, <br><br> Plaintiffs, <br> -v- <br><br> OLUBUNMI ADEOLA AKINTOYE ET AL, <br><br> Defendants. | 21 Civ. 5264 (PAE) <br><br> ORDER |

PAUL A. ENGELMAYER, District Judge:

Due to a conflict, the initial pretrial conference scheduled for today at 12:00 p.m. will be adjourned to 2:00 p.m.  The Court regrets any inconvenience.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: January 13, 2022
       New York, New York