USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/18/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BEATRICE BAMISHILE-RICHARDS and
OLUWAFISAYO MESHIOYE,

              Plaintiffs,

     - against -

OLUBUNMI ADEOLA AKINTOYE, et al

             Defendants.
-----------------------------------------------------------------X

21-CV-5264 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    Pursuant to the status conference held on May 18, 2022, Plaintiffs may file declarations pursuant to 28 U.S.C. § 1746 in support of their inquest submission. Plaintiffs shall file the inquest submissions, described in an earlier order, by May 27, 2022. Defendants' response, if any, shall be filed by June 14, 2022. Plaintiffs shall serve a copy of this order and Plaintiffs' inquest filings by May 31, 2022 pursuant to methods of service previously approved by the Court in this case, and shall file proof of service by June 7, 2022.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated:   May 18, 2022
           New York, New York