```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/22/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
BEATRICE BAMISHILE-RICHARDS and :
OLUWAFISAYO MESHIOYE, :
: 21-CV-5264 (PAE) (RWL)
Plaintiffs, :
: **ORDER**
- against - :
:
OLUBUNMI ADEOLA AKINTOYE, et al :
:
Defendants. :
---------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On May 31, 2022, Plaintiff filed papers in support of the inquest upon default judgment. (*See* Dkts. 66-68.) Pursuant to orders on inquest scheduling (Dkts. 63 and 65), the deadline for filing proof of service on Defendants of the inquest submission was June 6, 2022. No proof of service appears on the docket. Accordingly, Plaintiff shall file proof of service of their inquest submissions no later than **June 23, 2022**.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   June 22, 2022
         New York, New York

1