```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/19/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BEATRICE BAMISHILE-RICHARDS and       :
OLUWAFISAYO MESHIOYE,                  :
                                       :
                        Plaintiffs,    :           21-CV-5264 (PAE) (RWL)
                                       :
         - against -                   :           **ORDER**
                                       :
OLUBUNMI ADEOLA AKINTOYE, et al        :
                                       :
                        Defendants.    :
-----------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On May 31, 2022, Plaintiffs filed papers in support of the inquest upon default judgment. (*See* Dkts. 66-68.)  Pursuant to orders on inquest scheduling (Dkts. 63 and 65), the deadline for filing proof of service on Defendants of the inquest submission was June 6, 2022.  Plaintiffs failed to file proof of service on Defendants of the inquest submission by June 6, 2022, and the Court sua sponte extended the deadline to June 23, 2022.  No proof of service appears on the docket.  Accordingly, Plaintiffs shall file proof of service of their inquest submissions no later than **August 2, 2022.**

If Plaintiffs fails to file proof of service by August 2, 2022, their case will be dismissed for failure to prosecute.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:     July 19, 2022
           New York, New York