UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BEATRICE BAMISHILE-RICHARDS and :
OLUWAFISAYO MESHIOYE, :
: 21-CV-5264 (PAE) (RWL)
Plaintiffs, :
: **ORDER**
- against - :
:
OLUBUNMI ADEOLA AKINTOYE, et al :
:
Defendants. :
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/11/2022
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On June 22, 2022, the Court ordered Plaintiff to file a letter by June 27, 2022 regarding the email received from Defendants and entered on the docket along with the order. (Dkt. 69.) Plaintiff did not file the letter as required and did not ask for any extension. This is the second order from June 22 with which Plaintiff did not comply. Accordingly, Plaintiff shall file the letter required by Dkt. 69 no later than August 15, 2022. Failure to comply with this order or any other order may result in sanctions, including dismissal of Plaintiff's case.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   August 11, 2022
         New York, New York

1