```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BEATRICE BAMISHILE-RICHARDS and
OLUWAFISAYO MESHIOYE,

                Plaintiffs,

       - against -

OLUBUNMI ADEOLA AKINTOYE, et al

                Defendants.
-------------------------------------------------------------X

21-CV-5264 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

     By order dated September 30, 2022, the Court required Plaintiffs as follows: "Within three business days of entry of this Order, Plaintiff shall serve a copy of this Order on each Defendant at addresses and by means previously accepted by the Court, and, additionally, by email to yakububalalawfirmng@gmail.com. Within three business days after effecting service, Plaintiff shall file proof of service on the docket." (Dkt. 75.) No affidavit of service appears on the docket. (This is at least the third time Plaintiff has failed to comply with orders to file.) Accordingly, by October 28, 2022, Plaintiffs shall file the requisite affidavit of service.

                                                SO ORDERED.

10/27/2022  _____
                                       ROBERT W. LEHRBURGER
                                       UNITED STATES MAGISTRATE JUDGE

Dated:    October 27, 2022
            New York, New York