```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BEATRICE BAMISHILE-RICHARDS and
OLUWAFISAYO MESHIOYE,

               Plaintiffs,

    - against -

OLUBUNMI ADEOLA AKINTOYE, et al

               Defendants.
-------------------------------------------------------------X

21-CV-5264 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    IT IS HEREBY ORDERED that a hearing on damages inquest after default judgment will be held at 2:30 p.m. on November 22, 2022, in Courtroom 18D, 500 Pearl Street, New York, NY, 10007. The parties, including Defendants, must appear in person or by counsel admitted to practice in this Court or admitted pro hac vice; corporate defendants may not represent themselves and can only appear by counsel. Absent appearance by Defendants at the hearing, the Court will proceed to resolve the inquest on the existing record.

    Within three business days of entry of this Order, Plaintiff shall serve a copy of this Order on each Defendant at addresses and by means previously accepted by the Court, and, additionally, by email to yakububalalawfirmng@gmail.com. Within three business days after effecting service, Plaintiff shall file proof of service on the docket.

                                SO ORDERED.

                                _____
                                ROBERT W. LEHRBURGER
                                UNITED STATES MAGISTRATE JUDGE

2

Dated:     October 28, 2022
           New York, New York