```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BEATRICE BAMISHILE-RICHARDS and
OLUWAFISAYO MESHIOYE,

                Plaintiffs,

      - against -

OLUBUNMI ADEOLA AKINTOYE, et al

                Defendants.
-------------------------------------------------------------X

21-CV-5264 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      As discussed during the inquest hearing held on November 22, 2022, Plaintiffs and shall submit signed versions of their declarations and the Oke declaration by November 30, 2022. Originally signed documents sent by email will be acceptable.

                                    SO ORDERED.

                                    _____
                                    ROBERT W. LEHRBURGER
                                    UNITED STATES MAGISTRATE JUDGE

Dated:    November 22, 2022
             New York, New York