UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BEATRICE BAMISHILE-RJCHARDS ET AL.,

                Plaintiffs,                21 **CIVIL** 5264 (PAE)(RWL)

     -against-                      **DEFAULT JUDGMENT**

OLUBUNMI ADEOLA AKINTOYE ET AL.,

                Defendants.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 31, 2023, the Court has accepted and adopted Judge Lehrburger's Report and Recommendation in its entirety. Default judgment is entered against Olubunmi Adeola Akintoye and plaintiffs are awarded $1,494,063.56 in damages, plus pre-judgment, in the amount of $351,084.47 and post-judgment interest. The Court has dismissed the remaining claims; accordingly, the case is closed.

**Dated:**  New York, New York
         July 31, 2023

                                                     **RUBY J. KRAJICK**

                                                       **Clerk of Court**

                **BY:**     *K. Mango*

                                                       **Deputy Clerk**